UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:20-cv-577

TIMOTHY KAPP,

    Plaintiff,

v.

FOOD LION, LLC

    Defendants.

## NOTICE OF TENTATIVE SETTLEMENT AND REQUEST TO STAY DEADLINES

Notice is hereby given that plaintiff Timothy Kapp ("Plaintiff") and defendant Food Lion, LLC have reached a settlement in principle in the above captioned matter.

Plaintiff and Defendant anticipate finalizing the settlement agreement within thirty (30) days, at which time Plaintiff and Defendant plan to file a Joint Stipulation of Dismissal with prejudice, thereby resolving all of Plaintiff's claims against Defendant.

Plaintiff and Defendant request that the Court stay all upcoming deadlines in this matter, including Defendant's deadline to respond to the Complaint, for purposes of finalizing the terms of settlement, and further request that the Court retain its jurisdiction regarding this action until the filing of the Joint Stipulation of Dismissal pursuant to F.R.Civ.P. 41(a)(1)(A)(ii).

1

This the 18th day of September, 2020.

| | |
|---|---|
| */s/Garrett L. Davis* | */s/ Michael B. Burns* |
| **GARRETT L. DAVIS** | **MICHAEL B. BURNS** |
| MAGINNIS LAW, PLLC | HUNTON ANDREWS KURTH LLP |
| 4801 GLENWOOD AVE., STE. 310 | 50 CALIFORNIA STREET |
| RALEIGH, NC 27612 | SUITE 1700 |
| gdavis@maginnislaw.com | SAN FRANCISCO, CA 94111 |
| | mbrettburns@huntonak.com |
| *Counsel for Plaintiff* | |
| | **MELISSA A. ROMANZO** |
| | HUNTON ANDREWS KURTH LLP |
| | BANK OF AMERICA PLAZA |
| | 101 S. TRYON ST., STE. 3500 |
| | CHARLOTTE, NC 28280 |
| | mromanzo@huntonak.com |
| | |
| | *Counsel for Defendant* |

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020, I filed electronically the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**MICHAEL B. BURNS**
HUNTON ANDREWS KURTH LLP
50 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94111
mbrettburns@huntonak.com


**MELISSA A. ROMANZO**
HUNTON ANDREWS KURTH LLP
BANK OF AMERICA PLAZA
101 S. TRYON ST., STE. 3500
CHARLOTTE, NC 28280
mromanzo@huntonak.com

*Counsel for Defendant*

This the 18th day of September 2020.
.

                                             */s/ Garrett L. Davis*
                                             Garrett L. Davis