UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:20-cv-577

TIMOTHY KAPP,

    Plaintiff,

v.

FOOD LION, LLC

    Defendants.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    COMES NOW, the Plaintiff Timothy Kapp, and the Defendant Food Lion, LLC by and through undersigned counsel, and STIPULATE TO DISMISSAL of all matters and claims asserted against Food Lion, LLC in this civil action With Prejudice.

    This dismissal is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    This the 4th day of November, 2020.

*/s/Garrett L. Davis*
**GARRETT L. DAVIS**
MAGINNIS LAW, PLLC
4801 GLENWOOD AVE., STE. 310
RALEIGH, NC 27612
gdavis@maginnislaw.com

*Counsel for Plaintiff*

*/s/ Michael B. Burns*
**MICHAEL B. BURNS**
HUNTON ANDREWS KURTH LLP
50 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94111
mbrettburns@huntonak.com

*/s/ Melissa A. Romanzo*
**MELISSA A. ROMANZO**
HUNTON ANDREWS KURTH LLP
BANK OF AMERICA PLAZA
101 S. TRYON ST., STE. 3500
CHARLOTTE, NC 28280

1

mromanzo@huntonak.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020, I filed electronically the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**MICHAEL B. BURNS**
HUNTON ANDREWS KURTH LLP
50 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94111
mbrettburns@huntonak.com


**MELISSA A. ROMANZO**
HUNTON ANDREWS KURTH LLP
BANK OF AMERICA PLAZA
101 S. TRYON ST., STE. 3500
CHARLOTTE, NC 28280
mromanzo@huntonak.com

*Counsel for Defendant*

This the 4th day of November 2020.
.

                                               */s/ Garrett L. Davis*
                                               Garrett L. Davis